```
1    JODI LINKER
     Federal Public Defender
2    Northern District of California
     JEROME MATTHEWS
3    Assistant Federal Public Defender
     13th Floor Federal Building - Suite 1350N
4    1301 Clay Street
     Oakland, CA 94612
5    Telephone:  (510) 637-3500
     Facsimile:  (510) 637-3507
6    Email:      Jerome_Matthews@fd.org
7
8    Counsel for Defendant CAMACHO
9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAND CAMACHO,<br><br>Defendant. | **Case No.:** CR 22-083 JSW<br><br>**APPLICATION TO FILE EVALUATION OF DR SCOTT LINES UNDER SEAL, EXHIBIT A TO THE DECLARATION OF AFPD JEROME MATTHEWS, UNDER SEAL** |

I, JEROME MATTHEWS, apply for a sealing order as follows:

1. I am an attorney employed by the Office of the Federal Public Defender for the Northern District of California and I am counsel of record for Alan Camacho.

2. In October, 2022, Dr Scott Lines conducted a psychological evaluation of Mr Camacho. A copy of that evaluation is attached to my declaration in support of Mr Camacho's Sentencing Memorandum as Exhibit A.

3. Because Dr Lines's evaluation contains personal medical and psychological information that fall within the protections of the Healthcare Insurance Portability and

Accountability Act ("HIPAA"), I request that the evaluation be filed under seal. A proposed sealing order is submitted with this filing.

EXECUTED this 3rd day of January, 2023, at Oakland, California.

                                                       /S/
                                       JEROME E. MATTHEWS
                                       Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAND CAMACHO,<br><br>  Defendant. | Case No.:  CR 22–083 JSW<br><br>**[PROPOSED] ORDER FILING PSYCHOLOGICAL EVALUATION OF DR SCOTT LINES, EXHIBIT A TO DECLARATION OF AFPD JEROME MATTHEWS, UNDER SEAL** |

Good cause appearing therefor,

The Court GRANTS the application of defendant Alan Camacho to file the evaluation of Dr Scott Lines, attached as Exhibit A to the Declaration of AFPD Jerome Matthews, under seal, and IT IS HEREBY ORDERED that Exhibit A to the Declaration of AFPD Jerome Matthews be filed under seal.

IT IS SO ORDERED

_____          _____
    Dated                                               HON. JEFFREY S. WHITE
                                                        United States District Judge