ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

>450 Golden Gate Avenue, Box 36055
>San Francisco, California 94102-3495
>Telephone: 415.436.7200
>Fax: 415.436.7432
>David.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN RENE CAMACHO, <br><br> Defendant. | CASE NO.: CR 22-0083 JSW <br><br> **APPLICATION OF THE UNITED STATES FOR FINAL ORDER OF FORFEITURE** |

On January 12, 2023, this Court entered, upon application of the government, a Preliminary Order of Forfeiture forfeiting the following property as to Alan Rene Camacho, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853:

- One Glock-style pistol that had been modified to fire in full automatic mode through the addition of an auto sear, seized on or about February 17, 2022; and
- Two auto sears, seized on or about February 17, 2022.

The Preliminary Order required the United States to publish notice of the Order. *Id*. Beginning on January 17, 2023, the United States published for 30 days on the government website

www.forfeiture.gov a notice of this forfeiture action, the Order, and the government's intent to dispose of the property in accordance with the law. Dkt. 53. The notice advised potential third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their legal interest in the property. *Id.*, Attachment 1.

No petitions have been filed.

The United States therefore respectfully requests that the Court enter the accompanying proposed Final Order of Forfeiture directing that the property described above be forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853.

Dated: 03/23/2023                                     Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


_____/S/_____
DAVID B. COUNTRYMAN
Assistant United States Attorney